UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21037-CIV-MCALILEY
(Consent Case)

ANTHONY GHAFFARI,

    Plaintiff,

v.

COLLINS TOWER ASSOCIATION,
ALBERTO ARMADA, GEORGINA
LAZO, RONALD RUTNIK,
OSMANI GONZALEZ, and
DAVID ABRAMS,

    Defendants.
_____/

## ORDER ON MOTION TO DISMISS

This cause is before the Court on Defendants' Motion to Dismiss. [DE 9]. On July 19th, I entered a Report and Recommendation recommending that the motion be denied. [DE 20]. Shortly thereafter, the Court entered an Order referring this matter to me because the parties had consented to magistrate judge jurisdiction. [DE 21]. Accordingly, it is hereby **ORDERED** that:

For all the reasons stated in my Report and Recommendation [DE 20], Defendants' Motion to Dismiss [DE 9], is **DENIED**.

DONE AND ORDERED in chambers in Miami, Florida, this 25th day of July, 2013.

                                                                     CHRIS MCALILEY
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies provided to:

All counsel of record

Anthony Ghaffari
1317 Sandpiper Drive
State College, PA 16801-7714