UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANTHONY GHAFFARI, )
    Plaintiff, Pro Se )
vs. ) CASE NO. 13-21037-CIV-MCALILEY
)
COLLINS TOWER ASSOCIATION, et. al )
    Defendants )
_____ )

## PLAINTIFF'S MOTION TO IMPOSE SANCTIONS AND GRANT REASONABLE EXPENSES

Now comes Plaintiff, Pro Se, Pursuant to Fed. R. Civ. P 56 (h) and moves this court to examine whether Defendants have filed motions or declarations in bad faith or for the purpose of delay and to impose sanctions against Defendant's and grant Plaintiff reasonable expenses.

1. Fed. R. Civ. P 56 (h) "Affidavit or Declaration Submitted in Bad Faith." which states: If satisfied that an affidavit or declaration under this rule is submitted in bad faith or solely for delay, the court — after notice and a reasonable time to respond — may order the submitting party to pay the other party the reasonable expenses, including attorney's fees, it incurred as a result. An offending party or attorney may also be held in contempt or subjected to other appropriate sanctions."

For the reasons expounded upon in the corresponding Plaintiff's declaration and opposition to Defendants motion, Plaintiff respectfully requests this Honorable Court deny Plaintiff's motions, impose sanctions and grant Plaintiff reasonable expenses.

                                                       Respectfully submitted,

Date: March 21, 2014                   Anthony Ghaffari

                                                    _____
                                                    Plaintiff, Pro Se
                                                    1317 Sandpiper Drive, State College, PA 16801
                                                    814-571-4042
                                                    aghaffari@aol.com

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing motion was served by United States Postal Service, First Class Mail on March 22, 2014 on all parties of record on the Service List below.

_____
Plaintiff, Pro Se
1317 Sandpiper Drive, State College, PA 16801
814-571-4042
aghaffari@aol.com

## SERVICE LIST

**DAVID ABRAMS, ESQ.**
9300 SW 87 Avenue, Suite 5
Miami, FL 33176

Vernis & Bowling of Miami, P.A.
**Edwin Cruz, Esq.**
1680 N.E. 135th Street
Miami, FL 33181

PLEASE PRESS

UNITED STATES POSTAL SERVICE

1006

33128

U.S. POSTAGE PAID
MIAMI BEACH, FL
33119
MAR 20, 14
AMOUNT
$5.60
00034599-15

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.gov or ask a retail associate for details.

From:/Expéditeur:
GHAFFARI
1317 SANDPIPER DR
STATE COLLEGE, PA 16801

To:/Destinataire:
U.S. COURTHOUSE
CLERKS OFFICE
400 N. MIAMI AVE 8TH FLOOR
MIAMI, FL 33128

Country of Destination:/Pays de destination:

PS00001000014

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9011 5981 5297 0484 95

Label 400 Jan. 2013
7690-16-000-7946

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. ... November 2011. All rights reserved.

