UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C

MAY 19 2014

STEVEN M. LARIMORE
CLERK U. S. DIST CT.
S. D. of FLA. – MIAMI

ANTHONY GHAFFARI,  )
    Plaintiff, Pro Se  )
    vs.  )    CASE NO. 13-21037-CIV-MCALILEY
    )
COLLINS TOWER ASSOCIATION, et. al  )
    Defendants  )
_____  )

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

1. My name is **ANTHONY GHAFFARI**

2. I am over eighteen (18) years of age, of sound mind, and suffering from no disease or defect that would render me to be incompetent to make this Unsworn Declaration Under Penalty of Perjury.

3. I make this declaration from my personal knowledge, for use in the above-styled matter, and for all lawful purposes.

4. Prior to filing this action, the Board Members of the Collins Tower Association repeatedly directed me to Attorney Abrams which acted as their counsel and simply ignored all of my requests. From my first interaction with Attorney Abrams, I was met with a bullish attitude or unresponsiveness. That has continued in the above-captioned case and has created a huge amount of frustration for me.

5. The condominium unit central to above-captioned case was left to me by my Grandmother when she passed away in September 2010. I had planned to use the condominium as a vacation home where me and my daughters could visit occasionally. I invested over $40,000 to fully renovate the condominium unit over an 18 month period.

That dream is no longer possible because every time I return I am overwhelmed with feelings of disappointment and depression.

6. The dissemination of false debt collection information and subsequent filing of a lien and foreclosure against me personally created a demoralizing and humiliating situation for me. Other unit owners whom knew my grandmother and were happy to see I was renovating the condominium became distant and started to question me about the foreclosure.

7. In an attempt to discredit and block me from being able to complete the probate process, the Defendant filed documents in the 11th Circuit Court in Miami-Dade County stating that I owed monies, as well as, objecting to the probate. This information was also disseminated to other unit owners in the Collins Tower Condominium and stated that I was not an owner in good standing. This was not only done to discredit me but to prevent me from voting or acting as a homeowner. Other unit owners again questioned me why I had not changed ownership of the unit to my name. Defendants behavior and acts are unconscionable and I suffered mental anxiety, humiliation and emotional stress as a result. For example, during my most recent trip to Miami in February and March (2014), I was using the stairs instead of elevator to avoid interacting with other homeowners.

8. I took three separate trips to Miami, Florida from State College, Pennsylvania for the sole purpose of either resolving the issues or later prosecuting this action. The third trip during late-January and March of 2014 had to be re-ticketed at an additional cost because Defendant Abrams attempted to change the date of the mediation at the last minute. The Court ORDERED mediation [DE 41] to take place on January 29, 2014. The mediator, Judge Bandstra was not available on January 29, 2014 but could accommodate

the parties on January 30, 2014 instead. I communicated this to Attorney Abrams on December 26th, 2013 as did Judge Bandstra's Case Manager Lisa Balkin on December 30th and I also filed a motion with this Court to approve the date change. Confirmation letters were sent to all parties by JAMS stating that mediation was set for January 30, 2014. At the last minute, on January, 22, 2014 Attorney Abrams attempted to change the date of mediation knowing I was arriving in Miami, Florida the evening of January 29, 2014, too late to attend the mediation on the new date. As a result, I changed my flight itinerary for an additional fee. Attorney Abrams attempted to change the date as an intentional attempt to confuse and make the mediation more stressful for me. Consequently, I had a hire a driver to race me to the airport because I was working on a 3 hour photo shoot that has been scheduled months before. I experienced extreme anxiety and an upset stomach for the week leading up to that and had difficulty sleeping the next several days.

9. During the February 19, 2014 pretrial conference [DE 55] the Court ORDERED mediation. This second mediation was scheduled for March 14, 2014 leaving enough time for me to return home in Pennsylvania for my Granddaughters first birthday. But then also rescheduled for March 28, 2014 in an ongoing effort to disrupt my travel plans and increase my costs. This constant rescheduling required me to remain in Miami, Florida for a period of over two months.

10. I stated in open Court during a pretrial conference on February 19, 2014 [DE 55 and 71] that he was very happy to be able to be back in State College, PA in order to participate in my only granddaughters first birthday party. Unfortunately, due to the

constant rescheduling, I was unable to attend the birthday party. I cannot describe how depressed this made me. It caused feelings of anxiety and helplessness for weeks.

11. Several threats were made to me by Defendant Abrams [DE 70] which caused great anguish as the treats were more things I had to worry about and there appeared to be no recourse. The threat of additional litigation was of great worry and as a result I had an upset stomach, back pains and insomnia.

12. Because of the frustration and worry I suffered from upset stomach, back pain and lack of sleep for over a year, I am prescribed ibuprofen, cyclobenzaprine (muscle relaxer) and Ambien (to help sleep).

13. Additionally, because of my inability to focus on my business partly because of the reasons stated above and partly because of the amount of time and travel necessary to prosecute the instant case, my online antique prints businesses saw a reduction in revenue (see consolidated attachment "A") of $6526.09 from the calendar year 2012 to that of 2013. My photography business saw a loss of revenue (see consolidated attachment "B") of approximately $7,088 during the period of February and March 2014.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 30, 2014

_____
Anthony Ghaffari
1317 Sandpiper Drive
State College, PA 16801
Telephone: 814-571-4042

☐ CORRECTED

| FILER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | FILER'S federal identification no. | PAYEE'S taxpayer identification no. | OMB No. 1545-2205 **2013** Form 1099-K | Payment Card and Third Party Network Transactions |
|---|---|---|---|---|
| PayPal Inc<br>2211 North First Street<br>San Jose, California 95112<br>Ph No : 877-569-1129 | 770510487 | XXXXX4308 | | **Copy B** For Payee |

| | | |
|---|---|---|
| Check to indicate if FILER is a (an): Payment settlement entity (PSE) ☒ Electronic Payment Facilitator (EPF)/Other third party ☐ | Check to indicate transactions reported are: Payment card ☐ Third party network ☒ | **1** Gross amount of payment card/third party network transactions $ **25,655.98** |
| | | **2** Merchant category code |
| PAYEE'S name<br>**Anthony Ghaffari** | **3** Number of payment transactions **1,159** | **4** Federal income tax withheld $ |
| | **5a** January $ **2,086.73** | **5b** February $ **2,103.21** |
| Street address (including apt. no.)<br>**1317 Sandpiper Drive** | **5c** March $ **2,248.21** | **5d** April $ **2,112.26** |
| | **5e** May $ **1,280.81** | **5f** June $ **1,621.88** |
| City or town, province or state, country, and ZIP or foreign postal code<br>**State College, PA 16801** | **5g** July $ **1,625.88** | **5h** August $ **2,314.60** |
| | **5i** September $ **4,246.49** | **5j** October $ **1,868.41** |
| PSE'S name and telephone number<br>**PayPal Inc**<br>**Ph No : 877-569-1129** | **5k** November $ **2,076.51** | **5l** December $ **2,070.99** |
| Account number (see instructions) **2048110113266705896** | **6** State **PA** | **7** State identification no. | **8** State income tax withheld $ $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-K**   (Keep for your records)   www.irs.gov/form1099k   Department of the Treasury - Internal Revenue Service

## Attachment "A"

| ☐ CORRECTED | | | |
|---|---|---|---|
| FILER'S name, street address, city, state, ZIP code, and telephone no.<br><br>PayPal Inc<br>2211 North First Street<br>San Jose, California 95112<br>Ph No : 877-569-1129 | FILER'S federal identification no.<br><br>770510487 | OMB No. 1545-2205<br><br>20**12**<br><br>Form 1099-K | **Payment Card and Third Party Network Transactions**<br><br>Copy B<br>For Payee |
| | PAYEE'S taxpayer identification no.<br><br>XXXXX4308 | | |
| Check to indicate if FILER is a (an):  ☒<br>Payment settlement entity (PSE)<br>Electronic Payment Facilitator (EPF)/Other third party ☐ | Check to indicate transactions reported are:<br>Payment card ☐<br>Third party network ☒ | 1 Gross amount of payment card/ third party network transactions<br><br>$ 32,182.07 | 2 Merchant category code |
| | | 3 Number of purchase transactions (optional) | 4 |
| PAYEE'S name<br><br>Anthony Ghaffari | | 5a January<br>$ 3,425.26 | 5b February<br>$ 3,231.01 |
| Street address (including apt. no.)<br><br>1317 Sandpiper Drive | | 5c March<br>$ 2,964.13 | 5d April<br>$ 2,449.47 |
| | | 5e May<br>$ 2,464.15 | 5f June<br>$ 3,601.97 |
| City, state, and ZIP code<br><br>State College, PA 16801 | | 5g July<br>$ 2,379.88 | 5h August<br>$ 1,616.95 |
| PSE'S name and telephone number<br><br>PayPal Inc<br>Ph No : 877-569-1129 | | 5i September<br>$ 2,155.57 | 5j October<br>$ 2,608.38 |
| | | 5k November<br>$ 2,135.75 | 5l December<br>$ 3,149.55 |
| Account number (see instructions)<br><br>2048110113266705896 | | 6 | 7 | 8 |

Form 1099-K  (keep for your records)  IRS.gov/form1099k  Department of the Treasury - Internal Revenue Service

Attachment "A"



# INVOICE

1317 Sandpiper Drive
State College, PA 16801
Phone 814-290-7266
Fax 888-885-4533
tony@CentralPa360.com

INVOICE # 0214-1
DATE: FEBRUARY 11, 2014

TO:  RE/MAX Centre Realty
     1375 Martin Street
     State College, PA  16803

| SALESPERSON | CUSTOMER ID | BILLING PERIOD | DUE DATE |
|---|---|---|---|
| Tony | RE/MAX | January 18, 2013 - January 31, 2014 | Due on receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Kate Tosto<br>   See attached statement | | 150.00 |
| | Bethany Heitzenrater<br>   See attached statement | | 437.50 |
| | Dayna Lowe<br>   See attached statement | | 50.00 |
| | Gretchen Knipe<br>   See attached statement | | 50.00 |
| | Janet Sulzer<br>   See attached statement | | 50.00 |
| | Linda Lowe<br>   See attached statement | | 100.00 |
| | Lynn Carey<br>   See attached statement | | 50.00 |
| | Mary Lou Bennett<br>   See attached statement | | 50.00 |
| | Marc McMaster<br>   See attached statement | | 1190.00 |
| | Miriam Lowe<br>   See attached statement | | 50.00 |
| | Shirley Hsi<br>   See attached statement | | 65.00 |
| | Scott Yocum<br>   See attached statement | | 100.00 |
| | | SUBTOTAL | 2342.50 |
| | | TOTAL DUE | 2342.50 |

Thank you for your business!

Attachment "B"



# INVOICE

1317 Sandpiper Drive
State College, PA 16801
Phone 814-290-7266
Fax 888-885-4533
tony@CentralPa360.com

INVOICE # 0114-2
DATE: JANUARY 17, 2014

TO: RE/MAX Centre Realty
1375 Martin Street
State College, PA 16803

| SALESPERSON | CUSTOMER ID | BILLING PERIOD | DUE DATE |
|---|---|---|---|
| Tony | RE/MAX | January 1, 2013 - January 17, 2014 | Due on receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Bethany Heitzenrater<br>See attached statement | | 1011.40 |
| | | SUBTOTAL | 1011.40 |
| | | TOTAL DUE | 1011.40 |

Thank you for your business!



# INVOICE

1317 Sandpiper Drive
State College, PA 16801
Phone 814-290-7266
Fax 888-885-4533
tony@CentralPa360.com

INVOICE # 0214-2
DATE: FEBRUARY 14, 2014

TO: Len DeCarmine
1375 Martin Street
State College, PA  16803

| SALESPERSON | CUSTOMER ID | BILLING PERIOD | DUE DATE |
|---|---|---|---|
| Tony | Len DeCarmine | January 1, 2013 - January 31, 2014 | Due on receipt |

| HOURS | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1.25 | Video Recording (studio) | 85.00 | 106.25 |
| 1.00 | Post processing/editing | 85.00 | 85.00 |
| | SUBTOTAL | | 191.25 |
| | TOTAL DUE | | 191.25 |

Thank you for your business!

**43552**

Central PA 360      1/14/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/10/2014 | Bill | 0114 | 870.50 | 870.50 | | 870.50 |
| | | | | | Check Amount | 870.50 |

Reliance - Operating      870.50

**43562**

Central PA 360      1/20/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/17/2014 | Bill | 0114-2 | 505.70 | 505.70 | | 505.70 |
| | | | | | Check Amount | 505.70 |

Reliance - Operating      505.70

**43676**

| | Central PA 360 | | Original Amt. | Balance Due | 2/18/2014 Discount | Payment |
|---|---|---|---|---|---|---|
| Date | Type | Reference | 2,123.75 | 2,123.75 | | 2,123.75 |
| 2/11/2014 | Bill | 0214-4 | | | Check Amount | 2,123.75 |

Reliance - Operating                                    2,123.75

**563**

| | Central PA 360 | | Original Amt. | Balance Due | 2/18/2014 Discount | Payment |
|---|---|---|---|---|---|---|
| Date | Type | Reference | 218.75 | 218.75 | | 218.75 |
| 2/11/2014 | Bill | | | | Check Amount | 218.75 |

Kish Bank - Operating                                    218.75

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY® ★ MAIL ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com 9405 5036 9930 0297 6110 18 0050 5001 0103 3128
$5.05
US POSTAGE
Flat Rate Env

Commercial Base Pricing
05/15/14 Mailed from 33137 062S0000001311

PRIORITY MAIL 1-DAY™

TONY GHAFFARI
3301 NE 5TH AVE APT 301
MIAMI FL 33137-4019

Expected Delivery Date: 05/16/2014

0006

USMS INSPECTED BY

C075

SHIP TO: CLERK'S OFFICE
U.S. DISTRICT COURT
400 N MIAMI AVE # 8
8TH FLOOR
MIAMI FL 33128-1801

USPS TRACKING #

9405 5036 9930 0297 6110 18

Electronic Rate Approved #038555749

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

